■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAWEL CZERNICKI, Appellant.—Judgment, Supreme Court, New York County (Kristin Glen, J.), rendered on October 8, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Asch, Rosenberger, Smith and Rubin, JJ.